UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC VERNON PARKER,<br>    Petitioner,<br>v.<br>M. E. SPEARMAN,<br>    Respondent. | Case No. 15-cv-02431-VC (PR)<br>**ORDER DENYING PETITIONER'S REQUEST FOR APPOINTMENT OF COUNSEL**<br>Dkt. No. 5 |

On July 16, 2015, Eric V. Parker filed a motion for appointment of counsel in this habeas action. The Sixth Amendment right to counsel does not apply in habeas corpus actions. *See Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). Title 18 U.S.C. § 3006A(a)(2)(B), however, authorizes a district court to appoint counsel to represent a habeas petitioner whenever "the court determines that the interests of justice so require" and such person is financially unable to obtain representation. Appointment is mandatory only when the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986).

The Court finds that due process concerns and the interests of justice do not require appointment of counsel at this time. Therefore, Parker's motion is DENIED. This denial is without prejudice to the Court's *sua sponte* reconsideration should it find appointment of counsel is necessary following consideration of the merits of Parker's claims.

1       This Order terminates Docket No. 5.

2       **IT IS SO ORDERED.**

3  Dated: July 30, 2015

4  _____

5  VINCE CHHABRIA
   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC VERNON PARKER,<br>　　　　Plaintiff,<br>　　v.<br>M. E. SPEARMAN,<br>　　　　Defendant. | Case No.　15-cv-02431-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 30, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric Vernon Parker ID: G-02354
CTF North A RB131 low
PO Box 705
Soledad, CA 93960

Dated: July 30, 2015

　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA

3