UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC VERNON PARKER,<br><br>        Petitioner,<br><br>    v.<br><br>M. E. SPEARMAN,<br><br>        Respondent. | Case No. 15-cv-02431-VC  (PR)<br><br>**ORDER DIRECTING RESPONDENT TO RESPOND TO PETITIONER'S MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 14 |

On January 28, 2016, the Court granted Respondent's motion to dismiss as untimely Eric Vernon Parker's petition for a writ of habeas corpus. On the same date, judgment was entered. On April 15, 2016, Parker filed a motion for reconsideration of the Order of Dismissal and Judgment. Respondent has not filed an opposition.

Parker's petition asserted one claim: in 2008, a state court judge improperly enhanced Parker's criminal sentence based on erroneous information about Parker's previous criminal history. In his motion for reconsideration, Parker relies on new evidence he obtained after he filed his federal petition. On October 29, 2015, a state administrative law judge granted Parker's motion to correct portions of his criminal history relating to his convictions in 1982, 1990 and 1995. The order of the administrative law judge was attached to an addendum to traverse filed on November 25, 2015. On March 21, 2016, after this Court issued its Order and Judgment, the California Department of Justice wrote a letter to Parker indicating that, pursuant to the order of the administrative law judge, it corrected Parker's criminal history. This letter is attached to Parker's motion for reconsideration. Parker argues his petition is not untimely because he could not have substantiated his claim about his erroneous criminal history before the administrative

law judge's October 29, 2015 order granting his motion to correct his criminal history.

Within twenty-eight days from the date of this Order, Respondent shall file a response to Parker's motion for reconsideration. If Parker chooses to file a reply, it is due fourteen days from the date of Respondent's response.

**IT IS SO ORDERED.**

Date: June 28, 2016

VINCE CHHABRIA
United States District Judge